**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**REGINA OWENS,**

**Case No. 4:12-cv-00417-CAS**

**Plaintiff,**

**v.**

**FLORIDA COMMISSION ON HUMAN RELATIONS and LARRY KRANERT, Individually.**

**Defendant.**
**_________________________________________/**

**DEFENDANT FLORIDA COMMISSION ON HUMAN RELATIONS' NOTICE OF FILING EXHIBITS IN SUPPORT OF ITS MOTION FOR FINAL SUMMARY JUDGMENT**

Defendant, **FLORIDA COMMISSION ON HUMAN RELATIONS** (referred to as "FCHR" or "Commission"), by and through the undersigned counsel, files the following documents in support of its Motion for Final Summary Judgment:

1. Excerpts from deposition transcript of Plaintiff, Regina Owens.
2. Excerpts from deposition transcript of Michelle Wilson.
3. Excerpts from deposition transcript of Defendant, Larry Kranert.
4. Excerpts from deposition transcript of Brian Wilder.
5. Excerpts from deposition transcript of Casey Snipes.
6. Excerpts from transcript of Agency for Workforce Innovation Unemployment Compensation Appeals hearing dated April 16, 2012.
7. Affidavit of Michelle Wilson.

8. Plaintiff's Responses to FCHR's First Interrogatories.

9. FCHR's First Request for Admissions to Plaintiff.

10. Plaintiff's Responses to FCHR's First Request for Admissions.

11. Deposition Exhibit 1 – Plaintiff's Position Description.

12. Deposition Exhibit 2 – Plaintiff's termination letter dated October 19, 2011.

13. Deposition Exhibit 5 – Plaintiff's FCHR Employee Handbook receipt dated June 11, 2009.

14. Deposition Exhibit 6—FCHR Employee Handbook.

15. Deposition Exhibit 7 – FCHR Technology Policies and Procedures dated March 29, 2010.

16. Deposition Exhibit 8 – FCHR Confidential Documents Policy and Procedures dated January 15, 2009.

17. Deposition Exhibit 9 – FCHR Social Security Information Policy and Procedures dated June 9, 2009.

18. Deposition Exhibit 11 – FCHR Code of Ethics dated August 8, 2011.

Dated this 29th day of April, 2013.

*/s/ Lindsey L. Dunn* ___________

**LINDSEY L. DUNN**
Florida Bar No. 0073777
ldunn@sniffenlaw.com
**ROBERT J. SNIFFEN**
Florida Bar No. 0000795
rsniffen@sniffenlaw.com
**MICHAEL P. SPELLMAN**
Florida Bar No. 0937975
mspellman@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for Defendant Florida Commission on Human Relations*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing in the United States District Court, Northern District of Florida, Tallahassee Division, using the CM/ECF system which will send notification of such filing to all persons registered for this case, including Plaintiff's counsel, on this 29th day of April, 2013.

*/s/ Lindsey L. Dunn*______
**LINDSEY L. DUNN**